# LAW OFFICE OF DELVIS MELENDEZ P.C.
# 90 BRADLEY ST.
# BRENTWOOD, NEW YORK, 11717
# 631-434-1443

August 31, 2021

United States District Court
Eastern District of New York
United States District Judge Joan Azrack

    Re: Jose Santos Alvaranga et al. v. Wang Wang Lai Inc., et al.
    Docket Number 20 CV 4773

Dear Judge Magistrate Azrack:

    The undersigned represents Plaintiff, Jose Santos Alvaranga in his lawsuit against Wang Wang Lai Inc. and Jianping Wang (collectively the "Defendants").

    Plaintiff filed a summons and complaint on October 7, 2020. Plaintiff alleged wage and hour violations for failure to pay overtime and minimum wage. On or about March 25, 2021, Defendants filed their Answer. Prior to the Defendants interposing their Answer the Plaintiff moved for a default judgment. Judge Feuerstein denied Plaintiff's motion but allowed Plaintiff legal fees for the amount of time spent on drafting the motion. Unfortunately, Judge Feuerstein passed away. The case was then assigned to Magistrate Arleen Rosario Linsay and Your Honor as the district court Judge. Judge Magistrate Linsay Ordered a preliminary exchange of documents and responses to initial interrogatories. Both Plaintiff and Defendants complied with the order.

    On or about August 23, 2021, the parties participated in mediation with the assistance of Raymond Nardo, a mediator on the Eastern District of New York's mediation panel. With the assistance of Raymond Nardo, a settlement of the matter has been reached. The parties proposed settlement agreement is attached hereto as Exhibit "A" for Your Honor's approval.

    The parties agreed to settle the dispute for thirty thousand($30,000)dollars. An amount that makes Jose Santos Alvaranga whole by paying him the complete underpayment due. Out

of the total, twenty thousand dollars goes to Jose Santos Alvaranga. Ten thousand dollars($10,000.00)to Delvis Melendez representing attorney's fees which is one third of the settlement (See Exhibit "B" Delvis Melendez's time sheets showing legal time in excess of $10,000). Counsel has practiced almost exclusively in the area of employment law since admission to the New York State Bar in 1997. Counsel regularly represents plaintiffs in work place litigation. Counsel has multiple published decision dealing with Fair Labor Standards Act cases. Counsel hase completed three jury trials to conclusion in the Eastern District – all regarding Employment Law. Counsel bills at the rate of $350.00 per hour. Counsel has dedicated 37.20 hours on the matter for a total of $13, 020 in legal time. Based on the above mentioned information the amount of legal fees requested is fair and reasonable.

Given the limited financial resources of Defendant Wang Wang Lai Inc., the arguments and defenses raised and the uncertainty of success on the merits, if the matter were to be litigated it is believed the settlement is fair and reasonable.

The agreement was the result of arm's length negotiations between Counsel and the mediator as the arbitral of fairness.

Taking the above into consideration and the current economic climate, the parties believe that the settlement amount to be paid is fair and just.

Accordingly, we respectfully request that Your Honor approve the proposed settlement agreement and order that this matter be closed with prejudice.

Thank you for your courtesies in this matter.

Law Offices of Delvis Melendez P.C.
Attorney for Plaintiffs

By   Delvis Melendez
     S//S Delvis Melendez
     90 Bradley St.
     Brentwood, New York, 11717

C.C G. Victoria Calle