FILED
CLERK
12:51 pm, Oct 07, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
JOSE SANTOS ALVARANGA
On behalf of himself and
others similarly situated

CV 20-4773(JA)(ARL)

              Plaintiffs,

-against-

WANG WANG LAI INC., D/B/A MUSHROOMS
JIANPING WANG
in his individual capacity

              Defendants.
------------------------------------X

## STIPULATION OF ORDER OF DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

Dated: Brentwood, N.Y.
August 26, 2021

For Plaintiffs:
LAW OFFICES OF DELVIS MELENDEZ, P.C.
By: _____
Delvis Melendez
Attorney for Plaintiff

90 Bradley St.
Brentwood, N.Y. 11717

For Defendants
G. Victoria Calle
By: _____
G. Victoria Calle
11 E. Broadway,
Ste. 8B
New York, N.Y.
10038

Dated: 10/7/2021
      Central Islip, NY

So Ordered

District Court Judge Joan Azrack

/s/ Joan M. Azrack, USDJ
_____
Judge Joan M. Azrack